IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARIEM THOMPSON, | CIVIL ACTION |
| Petitioner, | |
| v. | NO. 05-2503 |
| GERALD L. LOZUM, et al., | |
| Respondents. | |

FILED

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 31st day of March, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Arnold C. Rapoport dated January 18, 2008, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and ~~DISMISSED~~ without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
JOHN P. FULLAM, J.